**EXHIBIT 2**

# Public Access to Court Information - Case Search

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | S-8015-CV-202402560 | Category: | CIVIL |
| Title: | BRIAN JOSEPH DRISCOLL , JEF INVESTMENTS LLC PLAINTIFF vs | Filing Date: | 12/20/2024 |
| Court: | Mohave County Superior | Disposition Date: | |
| Judge: | | | |

| Party | Role |
|---|---|
| **ELAINA KAYE CHANDLER** | DEFENDANT - D1 |
| **MARTIN JEFF CHANDLER** | DEFENDANT - D2 |
| **BRIAN JOSEPH DRISCOLL** | PLAINTIFF - P1 |
| **FIDELITY NATIONAL FINANCIAL, ET AL** | DEFENDANT - D5 |
| **JEF INVESTMENTS, LLC ET AL** | DEFENDANT - D6 |
| **LOANCARE ACCOUNT SERVICING, LLC ET AL** | DEFENDANT - D3 |
| **DAVID WORALL** | DEFENDANT - D4 |

## Case Activity

| Date | Description | Party |
|---|---|---|
| 3/10/2025 | NOTICE: Notice | P1 |
| 3/4/2025 | ANSWER: AND COUNTERCLAIM | D1 |
| 3/4/2025 | SERVICE: Proof of Service | D1 |
| 3/4/2025 | SERVICE: Proof of Service | D2 |
| 3/4/2025 | SERVICE: Proof of Service | D3 |
| 3/4/2025 | SERVICE: Proof of Service | D5 |
| 3/4/2025 | SERVICE: Proof of Service | D6 |
| 3/3/2025 | SERVICE: AFFIDAVIT OF SERVICE BY MAIL | D6 |
| 3/3/2025 | SERVICE: AFFIDAVIT OF SERVICE BY MAIL | D5 |
| 3/3/2025 | SERVICE: AFFIDAVIT OF SERVICE BY MAIL | D2 |
| 3/3/2025 | SERVICE: AFFIDAVIT OF SERVICE BY MAIL | D1 |
| 3/3/2025 | SERVICE: Proof of Service | P1 |
| 3/3/2025 | MOTION: Motion | P1 |
| 2/24/2025 | ORDER: COURT ORDER / RULING | |
| 2/24/2025 | REPLY: Reply | P1 |
| 2/24/2025 | MOTION: Extension of Time | D3 |
| 2/24/2025 | NOTICE: Appearance | D3 |
| 2/24/2025 | MOTION: Extension of Time | D4 |
| 2/24/2025 | NOTICE: Appearance | D4 |
| 2/21/2025 | REQUEST: Request | P1 |
| 2/20/2025 | COMPLAINT: AMENDED COMPLAINT | P1 |
| 2/20/2025 | SUMMONS: SUMMONS | P1 |
| 2/20/2025 | SUMMONS: SUMMONS | D5 |
| 2/19/2025 | ORDER: COURT ORDER / RULING | P1 |
| 2/18/2025 | REQUEST: Request | P1 |
| 2/18/2025 | SERVICE: Proof of Service | D1 |
| 2/18/2025 | SERVICE: Proof of Service | D2 |
| 2/18/2025 | SERVICE: Proof of Service | D3 |
| 2/18/2025 | SERVICE: Proof of Service | D4 |
| 2/18/2025 | SERVICE: Proof of Service | D5 |
| 2/18/2025 | SERVICE: Proof of Service | D6 |

| | | |
|---|---|---|
| 12/20/2024 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS SUBJ | P1 |
| 12/20/2024 | SUMMONS: SUMMONS | P1 |
| 12/20/2024 | NOTICE: DISMISSAL RE: SERVICE - CIVIL | P1 |
| 12/20/2024 | COMPLAINT: Complaint | P1 |

## Document Search

For access to criminal and civil court documents in the Superior Court visit the *eAccess portal*.
For more information about the eAccess portal please visit: *https://www.azcourts.gov/eaccess*.

**NOTES:**
**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View. How?**

**The following case types are excluded from search results:** sealed cases, cases involving Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
ï¿½ The information may not be a current, accurate, or complete record of the case.
ï¿½ The information is subject to change at any time.
ï¿½ The information is not the official record of the court.
ï¿½ Not all cases from a participating court may be included.
ï¿½ The information should not be used as a substitute for a thorough background search of official public records.

**The user is responsible for verifying information provided on this website against official court information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please *Contact Us*.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**